DRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIAM PATRICK MCKENNA,** individually and as administrator of the estate of Bailey Francis McKenna, *Plaintiff*, v. **JOSEPH WOLK** *et al.*, *Defendants*. | Civil Action No. 18-cv-3746 |

# ORDER

**AND NOW**, this 29th day of December, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 16), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff's claims against the City of Philadelphia are **DISMISSED**.

2. The Clerk shall amend the caption to remove the City of Philadelphia as a defendant in this case.

3. Defendants' Motion is **DENIED** as to Plaintiff's claims against Joseph Wolk.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**